UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aziz Salaam

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Timothy Morgan G. I.T.S.
CorCraft Industries FishKill C.F.
Maurice Peirsma, I.T.S.
CorCraft Industries, FishKill
Corr. Fac.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

FEB 7 - 2020
PRO SE OFFICE

AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

19 Civ. 11121 (CM)

USDC SDNY
DOC#:
DATE: 2-7-20

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name  Aziz Salaam
               ID#   N/A
               Current Institution  N/A
               Address  162 18 Tuskegee Airmen Way
                        Jamaica, New York 11433

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Timothy Morgan           Shield #  N/A
                  Where Currently Employed  FishKill C.F. /CorCraft Industry
                  Address  NYS Dept. of Corr. Serv.
                           Beacon New York

*Rev. 01/2010*                                    1

Rev. 01/2010

**Defendant No. 2**  Name Maurice Persona   Shield # NA
Where Currently Employed FishKill corr.fac - Concraft Industry
Address FishKillcorr. fac - NYSDOCCS
Bacon, New York

**Defendant No. 3**  Name ____  Shield # ____
Where Currently Employed ____
Address ____

**Defendant No. 4**  Name ____  Shield # ____
Where Currently Employed ____
Address ____

**Defendant No. 5**  Name ____  Shield # ____
Where Currently Employed ____
Address ____

**II.   Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
FishKill Correctional Facility

B. Where in the institution did the events giving rise to your claim(s) occur?
CoCraft Industry Bathroom

C. What date and approximate time did the events giving rise to your claim(s) occur?
June 2019

D. Facts: I was working in the Cocraft Industry metal shop and was using the bathroom, due to Mental health needs I nodded off on the toilet, when I was Startled awoke by I.M Morgans face seeing what are

Who did what?

What happened to you?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I have been emotionally destroyed and embarrassed. I feared for my safety of being put in solitary confinement, I was warned not to speak to the SGT. I have emotional pain and suffering and PTSD.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓___

you holding your hand and I then go startled that I showed him that I was holding my pen in my hand so that it would not touch or wash or feces in the bathroom. he accused me of sleeping and flirting with my goliath.

Was anyone else involved?

Who else saw what happened?

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Fishkill Corr. Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ✓ Do Not Know ___

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No [scribbled out]

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

IGRC office : Sally Reams IGRC Coord.

1. Which claim(s) in this complaint did you grieve?

Being written up due to the Medication.

2. What was the result, if any?

No Hearing fired to putunder reg -

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Case 1:19-cv-11121-CM   Document 4   Filed 01/24/20   Page 13 of 15

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I called the PREA Hotline AND Spoke to Someone, but explained that I was afraid to file My Complaint at the time I was still Incarcerated at E.C.F.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief**:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I See monetary Compensation in the amount of

$ 5,000,000 ~~.~~ total

$ 2.5 mil for pain + suffering
$ 2.5 mental anguish and duress.

_____
_____

## VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓_____

On these claims

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No ✓_____

On other claims

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1 day of February, 2020.

Signature of Plaintiff: [signature]

Inmate Number: N/A

Institution Address: N/A

162 18 Tuskegee Airmen Way

Jamaica, NY 11433

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 1 day of February, 2020 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

