UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZIZ SALAAM,

                      Plaintiff,

-against-

TIMOTHY MORGAN, G.I.T.S. Corcraft Industries Fishkill Correctional Facility; MAURICE PEIRSMA, I.T.S., Corcraft Industries Fishkill Correctional Facility,

                      Defendants.

19-CV-11121 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 6, 2020
          New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge